AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Commodity Futures Trading Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-7477 |
| Kenneth Newcombe | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Commodity Futures Trading Commission.

Date: 10/03/2024

/s Nicole Buseman
*Attorney's signature*

Nicole Buseman, NB4960
*Printed name and bar number*

Ted Weiss Federal Office Building
290 Broadway, 6th Floor
New York, NY 10007
*Address*

nbuseman@cftc.gov
*E-mail address*

(917) 836-1189
*Telephone number*

(646) 746-9938
*FAX number*